

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-22-00115-CV

Robert **DESPAIN**,
Appellant

v.

Laura Ann **DESPAIN**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 20-07-0609-CVA
Honorable Bob Brendel, Judge Presiding

## O R D E R

Cynthia D. Spicer-Lewis's notification of late reporter's record is hereby NOTED. Time is extended to April 15, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court